**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:　JUDITH A. BERGMAN　　　　　　　　　　　　　　　　Case Number: 08-70145
　　　　1110 S. ADAMS AVENUE
　　　　　　　　　　　　　　　SSN-xxx-xx-4056
　　　　FREEPORT, IL  61032

　　　　　　　　　　　　　　　　　　　　　　　　　　Case filed on:　　1/21/2008
　　　　　　　　　　　　　　　　　　　　　　　　　Plan Confirmed on:　　4/9/2008
　　　　　　　　　　　　　　　　D Dismissed

Total funds received and disbursed pursuant to the plan:  $510.00　　　　Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BRIAN A. HART | 3,500.00 | 3,500.00 | 468.03 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 468.03 | 0.00 |
| 999 | JUDITH A. BERGMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | NATIONAL CITY MORTGAGE COMPANY | 14,021.21 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 14,021.21 | 0.00 | 0.00 | 0.00 |
| 002 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 17,521.21 | 3,500.00 | 468.03 | 0.00 |

Total Paid Claimant:　　$468.03
Trustee Allowance:　　　$41.97　　　　Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:　　0.00　　　discharging the trustee and the trustee's surety from any and all
　　　　　　　　　　　　　　　　　　　liablility on account of the within proceedings, and closing the estate,
　　　　　　　　　　　　　　　　　　　and for such other relief as is just.  Pursuant to FRBP, I hereby
　　　　　　　　　　　　　　　　　　　certify that the subject case has been fully administered.

　　　Report Dated:

　　　　　　　　　　　　　　　　　　　　　　 /s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 09/26/2008　　　　　　　　By  /s/Heather M. Fagan